# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **VANDY R. BRYANT,** ) | **CASE NO. 4:05CV2783** |
| ) | |
| **PLAINTIFF** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **MAHONING COUNTY BOARD OF** ) | **MEMORANDUM OPINION** |
| **COMMISSIONERS,** ) | **AND ORDER** |
| ) | |
| **DEFENDANTS.** ) | |
| ) | |

On February 3, 2006, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision (Dkt. # 5). On May 23, 2007, the Magistrate issued a Report and Recommendation that the Court GRANT Defendant, Mahoning County Board of Commissioners' motion for summary judgment and DISMISS Plaintiff's Complaint WITH PREJUDICE. (Dkt. # 36).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 36) is hereby **ADOPTED**, and Plaintiff's Complaint is **DISMISSED with PREJUDICE**.

      **IT IS SO ORDERED**.

                              **/s/ Peter C. Economus - June 12, 2007**
                              **PETER C. ECONOMUS**
                              **UNITED STATES DISTRICT JUDGE**